

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | | |
|---|---|---|
| AARON JOE FRAZIER, JR., | § | No. 08-23-00097-CR |
| Appellant, | § | Appeal from the |
| v. | § | 42nd Judicial District Court |
| THE STATE OF TEXAS, | § | of Taylor County, Texas |
| Appellee. | § | (TC# 28467-A) |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 7TH DAY OF NOVEMBER, 2023.

SANDEE B. MARION, Chief Justice (Ret.)

Before Palafox, J., Soto, J., and Marion, C.J. (Ret.)
Marion, C.J. (Ret.) (Sitting by Assignment)